UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re  R. Susan Woods<br>Debtor<br><br>R. Susan Woods<br>Plaintiff<br><br>vs.<br><br>Joseph B. Collins, Trustee<br>Defendant | Related Bankruptcy Case: 18-30549<br>Chapter 7<br>Judge Elizabeth D. Katz<br><br>Adversary Proceeding: 19-03010 |

### REQUEST FOR an ENLARGEMENT OF TIME to PROSECUTE THE ADVERSARY PROCEEDING or OTHERWISE WITHDRAW IT

Plaintiff Woods has been seriously ill, bed ridden from March 6, 2019 through mid April, 2019, due to her cancer diagnosis, and since that time has been only marginally functional and therefore not able to represent herself with the necessary due diligence required. Doctors notes are attached to related motions for verification. As such, her competency, both mental and physical, has been significantly compromised. Ms. Woods has been an incompetent person up to and including the filing deadlines in this matter. Her recovery has been incremental since that time.

Defendant Woods did not file this Adversary Proceeding on her own behalf, and questions the efficacy of it.

Ms. Woods intent to defend her estate to the best of her ability has been made clear by her motions for general continuances dated March 12 and March 28, 2019, which were granted by this Honorable Court.

Wherefore, Defendant Woods requests until one month from now, until July 5, 2019, to prosecute her case or otherwise withdraw her claim in this matter.

Respectfully submitted,

_____
R. Susan Woods
*pro se*, until further notice
June 5, 2019
PO Box 160
Hadley, MA 01035-0160

### Certificate of Service

I, R. Susan Woods, do hereby certify that I served a copy of this document to all parties to this action, or their counsel, by first class mail.

_____
R. Susan Woods
*pro se*, until further notice
June 5, 2019

Joseph B. Collins, Trustee
Hendel, Collins, & O'Connor P.C.
101 State Street
Springfield, MA 01103

Richard King, US Trustee
446 Main Street, 14th Floor
Worcester, MA 01608