Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): **R. Susan Woods**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - [x] Plaintiff
   - [ ] Defendant
   - [ ] Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - [ ] Debtor
   - [ ] Creditor
   - [ ] Trustee
   - [ ] Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **DISMISSAL**

2. State the date on which the judgment, order, or decree was entered: **6-6-19**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Atty. Joseph B. Collins, Trustee**    Attorney: _____

2. Party: _____    Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____          Date: __6-20-19__
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

R. Susan Woods
P.O. Box 160
Hadley, MA 01035-0160
413/883-1414

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re   R. Susan Woods<br>Debtor | Related Bankruptcy Case: 18-30549<br>Chapter 7<br>Judge Elizabeth D. Katz |
| R. Susan Woods<br>Plaintiff | Adversary Proceeding: 19-03010 |
| vs.<br>Joseph B. Collins, Trustee<br>Defendant | |

### Certificate of Service

I, R. Susan Woods, do hereby certify that I served a copy of this document to all parties to this action, or their counsel, by first class mail.

R. Susan Woods
*pro se*, until further notice
PO Box 160, Hadley, MA 01035-0160
June 20, 2019

Joseph B. Collins, Trustee
Hendel, Collins, & O'Connor P.C.
101 State Street
Springfield, MA 01103

Richard King, US Trustee
446 Main Street, 14th Floor
Worcester, MA 01608